**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 23-1560**

────────────

BRITTANY FLUTE,

        Plaintiff - Appellant,

     v.

KRISTI JOHNSON-FORD, HR Manager; ADRIENE SCHIFRIEN, MLS Manager; KAREN BRESSLER, Client Service Supervisor; MELVIN CAUTHEN, Manager III, STD, HIV Services; KIMBERLY TOWNSEND, Head of Dennis AVE,

        Defendants - Appellees.

────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah Lynn Boardman, District Judge.  (8:22-cv-03344-DLB)

────────────

Submitted:  October 31, 2023                   Decided:  November 2, 2023

────────────

Before HARRIS and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Brittany Flute, Appellant Pro Se.

────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany Flute seeks to appeal the district court's February 24, 2023, order dismissing without prejudice her employment discrimination complaint for failure to comply with the court's prior order directing her to amend the complaint. However, after Flute noted her appeal, the district court reopened her case and expressly rescinded its February 24 order. The court subsequently entered a final order, but Flute did not file a new notice of appeal. As such, there is no district court order presently before this court for review. Accordingly, we dismiss the appeal for lack of jurisdiction. *See United States v. Doe*, 962 F.3d 139, 143 (4th Cir. 2020) (noting that "we have jurisdiction only over final orders and certain interlocutory and collateral orders"). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*